No. 1232. Cavell, Correctional Superintendent *v.* Whiting. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. *Frank P. Lawley, Jr.,* Deputy Attorney General of Pennsylvania, for petitioner.

No. 1259. McKee *v.* New York Central Railroad Co. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas took no part in the consideration or decision of this petition. *Marshall I. Nurenberg* for petitioner. *J. F. Dolan* and *T. R. Skulina* for respondent.